**Motion GRANTED AND Order filed July 27, 2017.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00396-CV

_____

## IN RE: ENRIQUE MARTINEZ AND SPECIALTY LOCOMOTIVE SERVICES, INC., Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-59185**

## ORDER

On July 25, 2017, relators Enrique Martinez and Specialty Locomotive Services, Inc., filed an unopposed motion to abate their petition for writ of mandamus, indicating that the parties have reached an agreement to settle the underlying suit. Relators request that this mandamus proceeding be abated to allow

for completion of the settlement. The motion is granted. Accordingly, we issue the following order.

This mandamus proceeding is abated, treated as a closed case, and removed from this court's active docket until September 1, 2017. The mandamus proceeding will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the mandamus proceeding or other dispositive motion. The court will also consider an appropriate motion to reinstate the mandamus proceeding filed by either party, or the court may reinstate the mandamus proceeding on its own motion.

PER CURIAM

Panel consists of Justices Boyce, Donovan, and Jewell.